# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1600
LT Case No. 2019-306089-CFDB

_____

ANTHONY BURGESS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Amanda Peterson, of Law Offices of Peterson P.A., Mulberry, for
Appellant.

Anthony Burgess, Avon Park, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____